## Babe Gallier v. The State.

### No. 3901.  Decided January 12, 1916.

**Burglary—Suspension of Sentence—Notice of Appeal.**

Where defendant was convicted of ordinary burglary and the verdict of the jury recommended a suspension of his sentence, which was entered by the court, he could not appeal therefrom by giving notice of appeal; he can only do so when proper sentence is pronounced against him later. Following Bierman v. State, 73 Texas Crim. Rep., 284.

Appeal from the District Court of Jefferson.  Tried below before the Hon. W. H. Davidson.

Appeal from a conviction of ordinary burglary; penalty, five years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, Presiding Judge.—Appellant was convicted of ordinary burglary, not of a private residence, and his punishment assessed at five years in the penitentiary. The jury in their verdict found proper facts and recommended a suspension of his sentence. This the court did in his judgment. Upon the court overruling his motion for a new trial, he gave notice of appeal to this court. The trial court should not have permitted notice of appeal to have been given, for, under the suspended sentence law, an accused can not appeal from the conviction, and can only do so when proper sentence is later, if at all, pronounced against him. Bierman v. State, 73 Texas Crim. Rep., 284. The appeal in this case is, therefore, dismissed.

*Dismissed.*